428 A.2d 697

Borough of Mt. Pocono v. Lynott, Appellant.

Borough of Mt. Pocono v. Stoner, Appellant.

Submitted December 6, 1979. Stephen Cohen, for appellants; Peter J. O'Brien, for appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Orders of court affirmed.